IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

| | |
|---|---|
| HOSS MOTORSPORTS INC;<br>MARK SILVA<br><br>Plaintiff,<br><br>v.<br><br>CHINA OFF-ROAD PRODUCTS, INC;<br>HOSS PRODUCTS, INC;<br>IRV JOHNSON;<br>JEREMY JOHNSON;<br>JOHN GATZ;<br>THE JOHNSON FAMILY TRUST;<br>TERRY Z MARTIN<br><br>Defendants. | ) Case No. CV 2009-1961-2<br>) [Filed June 17, 2009]<br>)<br>) DEFENDANTS' ANSWER TO<br>) PLAINTIFF'S COMPLAINT FOR<br>) FRAUD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, defendant Irv Johnson, for my answer to plaintiffs' purported complaint for "Fraud," deny all allegations and ask the court to deny a default judgment against me. Furthermore, at Mr. Silva's request I paid him $2,500 as part of a settlement agreement which he accepted as consideration.

DATED August 24, 2009

Irv Johnson

CC:
David Nixon
(479) 582-0030



Sent from my iPhone

Deposit to Mark Silva account