IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| HOSS MOTORSPORTS, INC and ) <br> MARK SILVA ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHINA OFF-ROAD PRODUCTS, INC.; ) <br> HOSS PROTUCTS, INC.; ) <br> IRV JOHNSON; JEREMY JOHNSON; ) <br> JOHN GATZ; THE JOHNSON ) <br> FAMILY TRUST; and TERRY Z. ) <br> MARTIN ) <br> Defendants. ) | Case No.CV-09-5186 |

## AMENDED ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Separate Defendant Jeremy Johnson comes before this court to amend his answer filed August 26th, and for his Amended Answer states:

1. The Separate Defendant Jeremy Johnson admits the allegation in paragraph 1 of Plaintiffs' complaint.

2. The Separate Defendant Jeremy Johnson admits the allegation in paragraph 2 of Plaintiffs' complaint.

3. The Separate Defendant Jeremy Johnson admits the allegation in paragraph 3 of Plaintiffs' complaint.

4. The Separate Defendant Jeremy Johnson admits the allegation in paragraph 4 of Plaintiffs' complaint.

5. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 5 of Plaintiffs' complaint.

6. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 6 of Plaintiffs' complaint.

7. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 7 of Plaintiffs' complaint.

8. The Separate Defendant Jeremy Johnson admits the allegation in paragraph 8 of Plaintiffs' complaint.

9. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 9 of Plaintiffs' complaint.

10. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 10 of Plaintiffs' complaint.

11. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 11 of Plaintiffs' complaint.

12. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 12 of Plaintiffs' complaint.

13. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 13 of Plaintiffs' complaint.

14. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 14 of Plaintiffs' complaint.

15. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 15 of Plaintiffs' complaint.

16. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 16 of Plaintiffs' complaint.

17.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 17 of Plaintiffs' complaint.

18.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 18 of Plaintiffs' complaint.

19. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 19 of Plaintiffs' complaint.

20. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 20 of Plaintiffs' complaint.

21. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 21 of Plaintiffs' complaint.

22.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 22 of Plaintiffs' complaint.

23.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 23 of Plaintiffs' complaint.

24. The Separate Defendant Jeremy Johnson denies the allegations contained in paragraph 24. At no time did Separate Defendant Jeremy Johnson participate in any misrepresentations by COPI, JOHNSON and the JOHNSON TRUST, nor has he personally benefited from any conversion of goods by COPI, HPI, or HOSS.

25.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 25 of Plaintiffs' complaint.

26.  The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 26 of Plaintiffs' complaint.

27. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 27 of Plaintiffs' complaint.

28. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 28 of Plaintiffs' complaint.

29. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 29 of Plaintiffs' complaint.

30. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 30 of Plaintiffs' complaint.

31. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 31 of Plaintiffs' complaint.

32. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 32 of Plaintiffs' complaint.

33. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 33 of Plaintiffs' complaint.

34. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 34 of Plaintiffs' complaint.

35. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 35 of Plaintiffs' complaint.

36. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 36 of Plaintiffs' complaint.

37. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 37 of Plaintiffs' complaint.

38. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 38 of Plaintiffs' complaint.

39. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 39 of Plaintiffs' complaint.

40. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 40 of Plaintiffs' complaint.

41. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 41 of Plaintiffs' complaint.

42. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 42 of Plaintiffs' complaint.

43. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 43 of Plaintiffs' complaint.

44. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 44 of Plaintiffs' complaint.

45. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 45 of Plaintiffs' complaint.

46. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 46 of Plaintiffs' complaint.

47. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 47 of Plaintiffs' complaint.

48. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 48 of Plaintiffs' complaint.

49. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 49 of Plaintiffs' complaint.

50. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 50 of Plaintiffs' complaint.

51. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 51 of Plaintiffs' complaint.

52. The Separate Defendant Jeremy Johnson denies the allegation in paragraph 52 of Plaintiffs' complaint.

53. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 53 of Plaintiffs' complaint.

54. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 54 of Plaintiffs' complaint.

55. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 55 of Plaintiffs' complaint.

56. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 56 of Plaintiffs' complaint.

57. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 57 of Plaintiffs' complaint.

58. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 58 of Plaintiffs' complaint.

59. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 59 of Plaintiffs' complaint.

60. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 60 of Plaintiffs' complaint.

61. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 61 of Plaintiffs' complaint.

62. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 62 of Plaintiffs' complaint.

63. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 63 of Plaintiffs' complaint.

64. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 64 of Plaintiffs' complaint.

65. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 65 of Plaintiffs' complaint.

66. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 66 of Plaintiffs' complaint.

67. The Separate Defendant Jeremy Johnson does not have information to admit or deny the allegation in paragraph 67 of Plaintiffs' complaint.

68. The Separate Defendant Jeremy Johnson further asserts the affirmative defenses of unclean hands, waiver, estoppel, and failure to state a claim upon which relief can be granted.

                Respectfully Submitted,

                      /s/ George M. Rozzell IV            .
                      George M. Rozzell IV, ID #2008032
                      Howerton Law Firm
                      217 E. Dickson Street Suite 102
                      Fayetteville, AR 72701
                      grozzell@howertonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2009, I electronically transmitted the foregoing document to the following ECF registered attorney:

**David Nixon**
Nixon Law Firm
2340 Green Acres Rd. Suite 12
Fayetteville, AR 72703
479-582-0030
david@nixonlaw.com

/s/ George M. Rozzell IV            .