# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

HOSS MOTORSPORTS, INC. and
MARK SILVA                                                                                          Plaintiff(s)

vs.                              Case No. CV-09-5186

CHINA OFF-ROAD PRODUCTS, INC.;
HOSS PRODUCTS, INC.; IRV JOHNSON;
JEREMY JOHNSON; JOHN GATZ; THE JOHNSON
FAMILY TRUST; and TERRY Z. MARTIN                                              Defendant(s)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the DEFENDANTS Irv Johnson, Hoss Products Inc, China Off-Road Products, Inc., and the Johnson Family Trust.

      I certify that I am admitted to practice in this court.

      Respectfully submitted,

September 9, 2009
Date

/s/ Luke Boyer          .
Luke Boyer, ID #06194
The Law Office of
Brenda Vassaur Taylor, PA
PO Box 8068
202 Sunbridge
Fayetteville, AR 72703
P:  479-527-0006
F:  479-527-0001
luke@bvtlaw.com