```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**HOSS MOTORSPORTS, INC. and**
**MARK SILVA**                                                    **PLAINTIFFS**

**v.**                         **Civil No. 09-5186**

**CHINA OFF-ROAD PRODUCTS, INC.;**
**HOSS PRODUCTS, INC.;**
**IRV JOHNSON; JEREMY JOHNSON;**
**JOHN GATZ; THE JOHNSON FAMILY TRUST;**
**AND TERRY Z. MARTIN**                                           **DEFENDANTS**

### O R D E R

Now on this 11th day of March, 2011, this matter comes on for consideration. On December 6, 2011, this Court entered an Order (Doc. 55) in which it advised the plaintiffs that they had twenty (20) days from the date of the Order to find new counsel, or to advise the Court that they intend to proceed *pro se.* The Court further advised the plaintiffs that, if they did not respond to the Court's Order, then the Court would dismiss their complaint without prejudice. Plaintiffs have not responded to the Court's order.

**IT IS THEREFORE ORDERED** that the plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**